```
                             United States Bankruptcy Court
                              Central District of California
In re:                                                                  Case No. 18-14355-TA
Wolfgang Willi Steinberg                                                Chapter 7
Monica Nora Steinberg
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0973-8          User: admin                  Page 1 of 2                  Date Rcvd: Apr 23, 2019
                              Form ID: 318a                Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2019.
db             #+Wolfgang Willi Steinberg,    31302 Via La Palmas,    San Juan Capistrano, CA 92675-5516
jdb            #+Monica Nora Steinberg,    31302 Via La Palmas,    San Juan Capistrano, CA 92675-5516
cr             #+Harlene Miller Law, APLC,    17910 Sky Park Circle Ste 105,    Irvine, CA 92614-4458
39269989       ++ABSOLUTE RESOLUTIONS CORPORATION,    8000 NORMAN CENTER DRIVE SUITE 350,
                 BLOOMINGTON MN 55437-1118
                (address filed with court: Absolute Resolutions Investments, LLC,
                 c/o Absolute Resolutions Corporation,    8000 Norman Center Drive, Suite 350,
                 Bloomington, MN 55437)
39227149        +Amex Department Stores,    PO Box 8218,   Mason, OH 45040-8218
39227150        +Audi Financial Services / VW Credit,    1401 Franklin Blvd.,    Libertyville, IL 60048-4460
39315818        +Bank of America,    c/o MBC Ventures LLC,    PO Box6783,   Greenville, SC 29606-6783
39315817         Bank of America Business Card,    PO Box 15796,    Wilmington DE 19886-5796
39227153        +Bella Terra,    7777 Edinger Ave,   Huntington Beach, CA 92647-8689
39300314         Bella Terra Associates, LLC,    c/o Law Office of Corey E. Taylor, APC,
                 27291 Puerta Real, Suite 140,    Mission Viejo, CA 92691
39315819        +Callahan & Blaine APLC,    3 Hutton Place Centre Dr 9th Fl,    Santa Ana, CA 92707-8722
39252190         County of Orange,    P.O. Box 4515,   Santa Ana, CA 92702-4515,    Attn: Bankruptcy Unit
39227155        +County of Orange Treasurer,    PO Box 4515,   Santa Ana, CA 92702-4515
39227159       ++FIRST SAVINGS BANK,    PO BOX 5096,   SIOUX FALLS SD 57117-5096
                (address filed with court: FSB Blaze Credit Card,    500 E 60th St,    Sioux Falls, SD 57104)
39227158        +FNB Omaha,    PO Box 3412,   Omaha, NE 68103-0412
39250080        +First National Bank of Omaha,    1620 Dodge Street, Stop code 3105,    Omaha, NE 68197-0002
39227157        +First National Credit,    500 E 60th Street N,    Sioux Falls, SD 57104-0478
39315823       #+Harlene Miller Law,    17910 Sky Park Dr Ste 105,    Irvine, CA 92614-4458
39315824         Hinshaw & Culbertson LLP,    633 W 5th St 47th Fl,    Los Angeles, CA 90071-2043
39315825        +Janice Van Mullem,    c/o Pettibone Law,    Douglas Pettibone,    2603 Main Street Ste 1195,
                 Irvine, CA 92614-4273
39315826        +Joaquin Regalado,    c/o Cassella & Associates,    Attorneys,    406 W Fourth St,
                 Santa Ana, CA 92701-4505
39315827        +Kabbage Inc,    c/o NBC Management Services Inc,    PO Box 1099,    Langhorne, PA 19047-6099
39227162        +MUFG Union Bank,    87 Church St,   Naugatuck, CT 06770-4111
39227160        +Marquee Funding Group Inc,    24025 Park Sorrento Ste 150,    Calabasas, CA 91302-4004
39227163        +Newtek Small Business Finance LLC,    1981 Marcus Ave Ste 130,    New Hyde Park, NY 11042-1046
39227165        +SBS Trust Deed Network,    31194 La Baya Drive, #106,    Thousand Oaks, CA 91362-6426
39315828        +Transamerica Life Insurance Company,    c/o Hinshaw & Culbertson LLP,    633 W 5th St 47th Fl,
                 Los Angeles, CA 90071-2005
39316874         U.S. Bank NA dba Elan Financial Services,    Bankruptcy Department,    PO Box 108,
                 St. Louis MO 63166-0108
39316284        +Waterfront Newport Beach LLC,    c/o Robert Dewberry, Esq.,    20271 Southwest Birch St Ste 100,
                 Newport Beach, CA 92660-1714
39315822        +c/o The Rubin Law Firm LLC,    90 Broad St 16th Floor,    New York, NY 10004-2345

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              EDI: EDD.COM Apr 24 2019 07:13:00       Employment Development Dept.,    Bankruptcy Group MIC 92E,
                 P.O. Box 826880,    Sacramento, CA 94280-0001
smg              EDI: CALTAX.COM Apr 24 2019 07:13:00       Franchise Tax Board,    Bankruptcy Section MS: A-340,
                 P.O. Box 2952,    Sacramento, CA 95812-2952
cr              +E-mail/Text: corey@taylorlawoc.com Apr 24 2019 03:32:26       Bella Terra Associates, LLC,
                 c/o Law Office of Corey E. Taylor,    27201 Puerta Real, Suite 140,    Mission Viejo, CA  92691,
                 UNITED STATES 92691-7360
39269989         E-mail/Text: Bankruptcy@absoluteresolutions.com Apr 24 2019 03:32:27
                 Absolute Resolutions Investments, LLC,    c/o Absolute Resolutions Corporation,
                 8000 Norman Center Drive, Suite 350,    Bloomington, MN 55437
39227148        +EDI: AMEREXPR.COM Apr 24 2019 07:13:00       American Express,    P.O. Box 981537,
                 El Paso, TX 79998-1537
39292239         EDI: BECKLEE.COM Apr 24 2019 07:13:00       American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
39227151        +EDI: TSYS2.COM Apr 24 2019 07:13:00       Barclay's Bank Delaware,    125 S West Street,
                 Wilmington, DE 19801-5014
39227152        +EDI: TSYS2.COM Apr 24 2019 07:13:00       Barclays Bank Delaware,    125 S West St,
                 Wilmington, DE 19801-5014
39227154        +EDI: CAPITALONE.COM Apr 24 2019 07:13:00       Capital One Bank,    10700 Capital One Way,
                 Glen Allen, VA 23060-9243
39276290         EDI: CAPITALONE.COM Apr 24 2019 07:13:00       Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
39315820        +EDI: CAPITALONE.COM Apr 24 2019 07:13:00       Capital One Bank NA,    PO Box60599,
                 City of Industry, CA 91716-0599
39227156        +EDI: RCSFNBMARIN.COM Apr 24 2019 07:13:00       Credit One Bank,    PO Box 98872,
                 Las Vegas, NV 89193-8872
39338294         EDI: RESURGENT.COM Apr 24 2019 07:13:00       LVNV Funding, LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
39227161        +EDI: MID8.COM Apr 24 2019 07:13:00       Midland Credit Management,    8875 Aero Drive,
                 San Diego, CA 92123-2255
```

```
District/off: 0973-8          User: admin              Page 2 of 2              Date Rcvd: Apr 23, 2019
                              Form ID: 318a            Total Noticed: 48

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
39227164       +E-mail/Text: bnc@nordstrom.com Apr 24 2019 03:32:40      Nordstrom,    13531 E Caley Ave,
                 Englewood, CO 80111-6505
39227167       +EDI: RMSC.COM Apr 24 2019 07:13:00       SYNCB/Care Credit,    PO Box 965036,
                 Orlando, FL 32896-5036
39316876        EDI: USBANKARS.COM Apr 24 2019 07:13:00       U.S. Bank National Association,
                 Bankruptcy Department,    PO Box 108,   St. Louis MO 63166-0108
39315971        EDI: USBANKARS.COM Apr 24 2019 07:13:00       US Bank,   PO Box 790408,
                 Saint Louis MO 63179-0408
39227168       +E-mail/Text: vci.bkcy@vwcredit.com Apr 24 2019 03:33:13      VW Credit Inc,    1401 Franklin Blvd,
                 Libertyville, IL 60048-4460
                                                                                              TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp            Courtesy NEF
cr              Platinum Loan Servicing, Inc.
39315821        Capital Stack LLC
39227166      ##+Seabreeze Management Co Inc,   39 Argonaut,   Aliso Viejo, CA 92656-4152
                                                                                   TOTALS: 3, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2019 at the address(es) listed below:
          Brian J Soo-Hoo    on behalf of Debtor Wolfgang Willi Steinberg ecf@bankruptcylawpros.com,
           soohoobr73647@notify.bestcase.com
          Brian J Soo-Hoo    on behalf of Joint Debtor Monica Nora Steinberg ecf@bankruptcylawpros.com,
           soohoobr73647@notify.bestcase.com
          Corey E Taylor    on behalf of Creditor   Bella Terra Associates, LLC corey@taylorlawoc.com
          Harlene Harlene Miller    on behalf of Creditor   Harlene Miller Law, APLC
           harlene@harlenemillerlaw.com, harlenejd@gmail.com
          Jeffrey I Golden (TR)    lwerner@wgllp.com,
           jig@trustesolutions.net;kadele@wgllp.com;lfisk@wgllp.com
          Lewis R Landau    on behalf of Creditor   Platinum Loan Servicing, Inc. Lew@Landaunet.com
          Lewis R Landau    on behalf of Interested Party   Courtesy NEF Lew@Landaunet.com
          United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
          Valerie  Smith    on behalf of Interested Party   Courtesy NEF claims@recoverycorp.com
                                                                                             TOTAL: 9
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Wolfgang Willi Steinberg** | Social Security number or ITIN   **xxx–xx–1783** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Monica Nora Steinberg** | Social Security number or ITIN   **xxx–xx–1372** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Central District of California**

Case number:   **8:18–bk–14355–TA**

# Order of Discharge – Chapter 7                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Wolfgang Willi Steinberg
aka Wolfgang W Steinberg

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 4/23/19

Monica Nora Steinberg
aka Monica N Steinberg, dba Juliador Resources LLC

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 2 Discharge Date: 4/23/19

**Dated:** 4/23/19

**By the court:**   Theodor Albert
                   United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**53/AUT**

**For more information, see page 2 >**

Official Form 318–CACBdodb/CACodsc    **Order of Chapter 7 Discharge**    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**